IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:15-CV-124-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| MCARTHUR STOCKS, JR., | ) | |
| Defendant. | ) | |

In light of the adversary proceeding that plaintiff has filed in the bankruptcy court, this case is automatically STAYED pursuant to 11 U.S.C. § 362(a), until the stay is lifted by the bankruptcy court. The parties are DIRECTED to inform the Court in the event the stay is lifted.

SO ORDERED, this 29 day of September, 2015.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE